FILED
2014 Feb-04 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| COFFMAN CUSTOM HOMES, LLC, | ) | |
| | ) | Removed from the |
| Plaintiff, | ) | Circuit Court of |
| | ) | Lauderdale County |
| v. | ) | CV2014-900003 |
| | ) | |
| EUGENE BERNSTEIN, JR.; | ) | Cause No.: |
| MICHELLE M. BERNSTEIN.; ET AL | ) | ____________________ |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants Eugene Bernstein, Jr. and Michelle M. Bernstein pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), hereby serves notice of its removal of this action from the Circuit Court of Lauderdale County, Alabama, to this Court. For their removal, Eugene Bernstein, Jr. and Michelle M. Bernstein respectfully show the Court:

1. Plaintiff Coffman Custom Homes, LLC filed this lawsuit, designated as Coffman Custom Homes, LLC v. Eugene Bernstein, Jr., et al., Case No. 41-CV-2014-900003 (hereafter "the Lawsuit"), in the Circuit Court of Lauderdale County on January 2, 2014.

2. The Lawsuit is a civil action asserting claims under Alabama law, including lien enforcement pursuant to § 35-11-210 and § 35-11-234 Code

of Alabama 1975, as amended as well as breach of contract, account stated, and quantum meruit.

3. Removal of this action is proper under 28 U.S.C. §1441(a) because a district court of the United States would have original jurisdiction of the action on the basis of diversity of citizenship, 28 U.S.C. § 1332(a)(1). Had the action originally been brought in federal court.

4. As to the citizenship of the plaintiff, plaintiff Coffman Custom Homes, LLC is an Alabama Limited Liability Company with its principal place of business in Lauderdale County, Alabama.

5. Defendants, Eugene Bernstein, Jr. and Michelle M. Bernstein, are residents of Memphis, TN.

6. Because the defendants do not share citizenship with the plaintiff, complete diversity exists among the parties.

7. For the purposes of determining whether this action is removable, the citizenship of Defendants A, B, C, and D must be disregarded. 28 U.S.C. § 1441(b)(1).

8. The plaintiff has alleged that the amount in controversy is $77,441.33. (Complaint paragraphs 3, 10, 14) 28 U.S.C. §1446(c)(2) states in pertinent part "... the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy...".

9. Because complete diversity exists among the parties and the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1), and this Lawsuit is properly removed pursuant to 28 U.S.C. § 1441(a).

10. This Lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441(a) because it is the jurisdictional district and division in which the Lawsuit is pending.

11. This Notice is filed within 30 days of the Defendants' receipt of the plaintiff's initial filing of its complaint. 28 U.S.C. § 1446(b)(1).

12. This Notice will be promptly filed with the state court and served on opposing counsel in accord with 28 U.S.C. § 1446(d).

13. Copies of all pleadings, orders, and process served on the Defendants in this Lawsuit are attached to this Notice as Exhibit "A", as set forth in 28 U.S.C. § 1446(a).

WHEREFORE, Defendants, Eugene Bernstein, Jr. and Michelle M. Bernstein, hereby remove this action from the Circuit Court of Lauderdale County, Alabama to this United States District Court.

Dated: 31 January 2014

Respectfully submitted,

s/Michael C. Lambert
Michael C. Lambert
Alabama Bar #: ASB-2138-C53L
Lambert Law Firm, LLC
Attorney for Plaintiffs
112 West Market St.
Athens, Alabama 35611
Ph: 256-431-4129
Fax: 256-217-4811
mlambert005@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Defendant's attorneys, by electronic filing through the federal court system and placing a copy in the U.S. Mail, postage prepaid, addressed as follows:

Rodney B. Slusher
Attorney for Plaintiff
425 North Court Street
Florence, AL 35630
Email: **rodatty1@bellsouth.net**
Telephone Number: (256) 764-4011
Facsimile Number: (256) 767-7484

This, the 31st day of January, 2014.

s/Michael C. Lambert
Michael C. Lambert

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>41-CV-2014-900003.00 |
| --- | --- | --- |

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY

COFFMAN CUSTOM HOMES, LLC V. EUGENE BERNSTEIN, JR. ET AL

NOTICE TO EUGENE BERNSTEIN, JR., 166 GARDENIA DRIVE, MEMPHIS, TN 38117

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY RODNEY B SLUSHER ESQ.

WHOSE ADDRESS IS 425 N COURT STREET, FLORENCE, AL 35630

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of COFFMAN CUSTOM HOMES, LLC pursuant to the Alabama Rules of the Civil Procedure

Date 1/2/2014 11:33:15 AM /s/ MISSY HOMAN HIBBETT By: (LS)
Clerk/Register

☑ Certified Mail is hereby requested /s/ RODNEY B SLUSHER ESQ.
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________

____________ in ____________ County, Alabama on ____________
(Date)

____________ Date

____________ Server's Signature

____________ Address of Server

____________ Type of Server

____________ Phone Number of Server

JAN 14 2014

State of Alabama
Unified Judicial System

Form ARCiv-93 Rev.5/99

**COVER SHEET**
**CIRCUIT COURT - CIVIL CASE**
(Not For Domestic Relations Cases)

Case Number:
41-CV-201

Date of Filing:
01/02/2014

ELECTRONICALLY FILED
1/2/2014 11:33 AM
41-CV-2014-900003.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK

## GENERAL INFORMATION

**IN THE CIRCUIT OF LAUDERDALE COUNTY, ALABAMA**
**COFFMAN CUSTOM HOMES, LLC v. EUGENE BERNSTEIN, JR. ET AL**

**First Plaintiff:** ☑ Business ☐ Individual ☐ Government ☐ Other

**First Defendant:** ☐ Business ☑ Individual ☐ Government ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: ____________________

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☑ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER** ____________

R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ **Yes** ☐ **No**

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:** SLU001 1/2/2014 11:33:14 AM /s/ RODNEY B SLUSHER ESQ.

**MEDIATION REQUESTED:** ☐ **Yes** ☑ **No** ☐ **Undecided**

ELECTRONICALLY FILED
1/2/2014 11:33 AM
41-CV-2014-900003.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK

**IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **COFFMAN CUSTOM HOMES, LLC,** an Alabama Limited Liability Company, 1427 Ingleside Avenue, Florence, Al 35630 | * * | |
| **Plaintiff,** | * | |
| v. | * | **CASE NO.:** ________________ |
| **EUGENE BERNSTEIN, JR.** and wife, **MICHELLE M. BERNSTEIN,** 166 Gardenia Drive, Memphis, Tennessee 38117; **A and B,** being that person, firm, Partnership or corporation which has a legal or equitable interest in the real estate described in the Complaint; **C and D,** being that person, firm, partnership, corporation or other entity responsible for the indebtedness described in the Complaint; all of whose names are otherwise unknown to the plaintiff but will be added by amendment when ascertained. | * * * * * * | |

**COMPLAINT**

**COUNT I**

1. Coffman Custom Homes, LLC, hereafter called "Coffman" or "Plaintiff," an Alabama Limited Liability Company, brings this action against the Defendants, Eugene Bernstein, Jr., and Michelle M. Bernstein, hereafter referred to as "Bernstein," and fictitious defendants for the purpose of establishing a lien on the real property described herein pursuant to §§ 35-11-210 through 35-11-234, *Code of Alabama* 1975.

2. The Bernsteins are purported to be the owners of a newly constructed residential dwelling located at 765 Sunset Beach Road, Florence, Alabama.

3. On or about October 4, 2012, Bernstein contracted with Coffman wherein Coffman provided labor, materials, equipment, work and services in the improvement and construction of a residential dwelling and improvements on land owned by Bernstein at 765 Sunset Beach Road, Florence, Alabama. The last work performed by Coffman was on or about November 22, 2013, and there is an unpaid balance for labor, materials, equipment, work and services furnished in performing said work in the amount of $77,441.33 and interest which Bernstein has refused to pay.
4. Coffman claims a lien upon the above-described property located in Lauderdale County, Alabama, at 764 Sunset Beach Road, Florence, Alabama, and more particularly described in the copy of the Verified Statement of Lien attached to this Complaint as Exhibit "A," and made a part hereof.
5. This Lien is claimed, separately and severally, as to both the buildings and improvements thereon and the said land. Plaintiff filed its Verified Statement of Lien in the Office of the Judge of Probate of Lauderdale County, Alabama, on the 26th day of November, 2013.
6. Title to the property described in the attached Exhibit "A" stands of record in the Office of the Judge of Probate of Lauderdale County, Alabama, in the name of the defendants, Eugene Bernstein, Jr. and wife, Michelle M. Bernstein, and said property was titled in the name of Mr. and Mrs. Bernstein during the time the plaintiff performed the work and furnished the labor and materials as described herein.

WHEREFORE, plaintiff demands judgment against the named Defendants and fictitious defendants in the sum of $77,441.33, interest, attorney fees and costs, and further claims a Lien upon the premises described in the attached Exhibit "A" and requests the Court will perfect said Lien for the unpaid balance of said indebtedness and that upon a failure of the Defendants to pay said amount as determined to be due by the Court to the plaintiff from the Defendants, that the Court will order said property, together with the improvements located thereon, to be sold by the Court to satisfy and discharge said Lien.

**COUNT II**

7. Plaintiff adopts and incorporates the allegations of Count I in support of Count II.
8. The foregoing allegations of the Complaint establish a cause of action in favor of the plaintiff and against the Defendants for Breach of Contract.
9. As a result of the Defendants' Breach of Contract, the plaintiff has suffered the damages described in Count I of the Complaint.

WHEREFORE, plaintiff demands judgment against Defendants in the sum of $77,441.33, interest, attorney fees and costs.

**COUNT III**

10. Defendants owe plaintiff $77,441.33 on an account stated between the plaintiff and Defendants on November 22, 2013.

WHEREFORE, plaintiff demands judgment against Defendants in the sum of $77,441.33, interest and costs.

## COUNT IV

11. Plaintiff adopts and realleges the allegations of the foregoing Counts in support of Count IV.
12. At various time between October 4, 2012, and November 22, 2013, plaintiff supplied labor, work, materials, equipment and services to the Defendants in the construction of the home and improvements owned and/or occupied by these defendants.
13. Plaintiff incurred substantial costs for said equipment, materials, supplies, work and labor as well as supervisory and administrative expenses and avers that it is entitled to the reasonable and fair market value of its labor, materials and equipment for which it has not been paid.
14. Plaintiff avers that the reasonable and fair market value of the labor, materials and equipment supplied for the benefit of the Defendants is $77,441.33.
15. The Defendants will be unjustly enriched if not required to pay plaintiff for the reasonable value of its work, labor, materials, equipment and expenses.

WHEREFORE, plaintiff demands judgment against Defendants for the sum of $77,441.33, interest and costs.

Rodney B. Slusher (SLU001)
Attorney for Plaintiff
425 North Court Street
Florence, AL 35630
256-764-4011
FAX: 256-767-7484
E-Mail: rodatty1@bellsouth.net

## JURY DEMAND

**Plaintiff demands trial of this cause by struck jury.**

Of Counsel

**NOTE TO CLERK:**

**Plaintiff request service of process by effectuated upon the Defendants Eugene Bernstein, Jr. and wife, Michelle M. Bernstein, by Certified Mail at 166 Gardenia Drive, Memphis, Tennessee 38117.**

EXHIBIT
A

STATE OF ALABAMA

COUNTY OF LAUDERDALE

RLPY 2013 55505
Recorded In Above Book and Page
11/26/2013 09:26:56 AM
James E. Hall, II
Probate Judge
Lauderdale County, AL

Recording Fee 14.00
TOTAL 14.00

VERIFIED STATEMENT OF LIEN

**Coffman Custom Homes, LLC** an Alabama Limited Liability Company, files this statement in writing, verified by the oath of Derrick Coffman, Manager of Coffman Custom Homes, LLC, who has personal knowledge of the facts herein set forth:

1. That Coffman Custom Homes, LLC, claims a lien upon certain property, situated at 765 Sunset Beach Road, Florence, Alabama 35633 and all dwellings and improvements thereon, and also described as follows:

> Lot 45 of SUNSET BEACH SUBDIVISION BEING DESCRIBED AS FOLLOWS:
> Commence at the Southeast corner of the Northeast Quarter of the Northeast Quarter of Section 9, Township 3 South, Range 13 West; Thence South 43° 55' East a distance of 939.00 feet to TVA Monument No. 80; thence South 20 °50' East a distance of 1514.00 feet to TVA Monument No. 81; thence South 20° 50' East a distance of 1364.00 feet to a point; thence South 69° 10' West a distance of 60.00 feet to a point in the West line of Sunset Beach Road (60.00 feet wide); thence South 20° 50' 00" East a distance of 200.00 feet and the Point of Beginning; thence South 20° 50' 00" East with the West line of a gravel road (60.00 feet wide) a distance of 100.02 feet to a point; thence South 69° 40' 21" West a distance of 374.30 feet to a point in the 423 contour line; thence North 33° 56' 40" West a distance of 101.42 Feet to a point; thence North 69° 25' 06" East a distance of 396.35 feet to the Point of Beginning.

2. That the said lien is claimed, separately and severally, as to both the dwelling and improvements thereon, and as to the said land surrounding and contiguous thereto.

3. That the said lien is claimed to secure an indebtedness of $77,441.33 as of November 22, 2013, with interest from, to-wit, the 22nd day of November, 2013. The current indebtedness referred to herein is for labor, materials, work, equipment and services furnished by Coffman Custom Homes, LLC, as documented and described in invoices submitted to Eugene Bernstein, Jr. and wife, Michelle M. Bernstein, between October, 2012 and November 22, 2013.

4. That the indebtedness of $77,441.33 is for labor, materials, work, equipment and services furnished by Coffman Custom Homes, LLC to Eugene Berstein, Jr. and wife, Michelle M. Bernstein which work, services, labor, materials, and equipment was in fact so used in the construction of a dwelling, improvements and land

RLPY 2013 55506

owned by Eugene Berstein, Jr., and wife, Michelle M. Bernstein at 765 Sunset Beach Road, Florence, Alabama.

COFFMAN CUSTOM HOMES, LLC

By: ______________________
Derrick Coffman, Manager

STATE OF ALABAMA

LAUDERDALE COUNTY

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Derrick Coffman, Manager of Coffman Custom Homes, LLC, an Alabama Limited Liability Company, who being first duly sworn, doeth depose and say: That he has personal knowledge of the facts set forth in the foregoing Statement of Lien, and the same are true and correct to the best of his knowledge and belief.

Sworn to and subscribed before me on this 25th day of November, 2013.

______________________
Notary Public

This instrument prepared by:
Rodney B. Slusher, Esq.
Attorney at Law
425 N. Court Street
Florence, Alabama 35630
256-764-4011

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>41-CV-2014-900003.00 |
|---|---|---|

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY
COFFMAN CUSTOM HOMES, LLC V. EUGENE BERNSTEIN, JR. ET AL

NOTICE TO EUGENE BERNSTEIN, JR., 166 GARDENIA DRIVE, MEMPHIS, TN 38117

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY RODNEY B SLUSHER ESQ.

WHOSE ADDRESS IS 425 N COURT STREET, FLORENCE, AL 35630

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of COFFMAN CUSTOM HOMES, LLC pursuant to the Alabama Rules of the Civil Procedure

Date 1/2/2014 11:33:15 AM /s/ MISSY HOMAN HIBBETT By: ____________
Clerk/Register

☑ Certified Mail is hereby requested /s/ RODNEY B SLUSHER ESQ.
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________

____________ in ____________ County, Alabama on ____________ (Date)

____________ Date ____________ Server's Signature ____________ Address of Server

____________ Type of Server ____________

____________ Phone Number of Server

41-CV-2014-900003.00
COFFMAN CUSTOM HOMES, LLC V. EUGENE BERNSTEIN, JR. ET AL

C001 - COFFMAN CUSTOM HOMES, LLC v. D001 - EUGENE BERNSTEIN, JR.
Plaintiff Defendant

SERVICE RETURN

**2. Article Number**

7196 9008 9040 2239 4508

**3. Service Type CERTIFIED MAIL™**

**4. Restricted Delivery? *(Extra Fee)*** X ☐ Yes

**1. Article Addressed to:**

Eugene Bernstein JR
465 Gardenia Drive
Memphis, TN 38117

**COMPLETE THIS SECTION ON DELIVERY**

**A. Received by (Please Print Clearly)** E Bernstein

**B. Date of Delivery** 1-14-14

**C. Signature**

X [signature]

☐ Agent
☑ Addressee

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

CV-2014-900003

R. Slusher

**PS Form 3811, January 2005** Domestic Return Receipt

**UNITED STATES POSTAL SERVICE®**

First Class Mail®
US Postage Paid
Permit No. G - 10

PRINT YOUR NAME, ADDRESS AND ZIP CODE™ BELOW

Missy Homan Hibbett
Circuit Court Clerk
P.O. Box 776
Florence, AL 35631

Filed in Off

JAN 2 1 2014

Missy Homan Hibbett

Article Number

7196 9008 9040 2239 4546

3. Service Type CERTIFIED MAIL™ X

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Michelle M Bernstein
166 Gardenia Drive
Memphis, TN 38117

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) M Bernstein

B. Date of Delivery 1-26-14

C. Signature

X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

R. Slusher

Reference Information

CV-2014-900003

D002

PS Form 3811, January 2005 Domestic Return Receipt

**UNITED STATES POSTAL SERVICE®**

First Clas
US Postag
Permit No. G

PRINT YOUR NAME, ADDRESS AND ZIP CODE™ BELOW

Filed in Office
JAN 24 2014

Missy Homan Hibbett
Circuit Court Clerk
P.O. Box 776
Florence, AL 35631

31077676

**IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA**

| | | |
|---|---|---|
| COFFMAN CUSTOM HOMES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV2014-900003 |
| | ) | |
| EUGENE BERNSTEIN, JR.; | ) | |
| MICHELLE M. BERNSTEIN.; ET AL | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**

To: Clerk of the Circuit Court of Lauderdale County
200 South Court Street
Florence, Alabama 35630

Please take notice that Defendants, Eugene Bernstein, Jr. and Michelle M.Bernstein, filed with the United States District Court for the Northern District of Alabama a Notice of Removal from this Court to that United States District Court. A copy of the Notice of Removal is attached as Exhibit 1. This Notice serves to cause the full removal of this case to federal court pursuant to 28 U.S.C. § 1446(a)-(e), and precludes this Court from further proceedings in this case unless and until this case is remanded, 28 U.S.C. § 1446(d).

Respectfully submitted,

s/Michael C. Lambert
Michael C. Lambert
Lambert Law Firm, LLC
Attorney for Defendants
112 West Market St.
Athens, Alabama 35611
Ph: 256-431-4129
Fax: 256-217-4811
mlambert005@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by alafile to the foregoing:

Rodney B. Slusher
Attorney for Plaintiff
425 North Court Street
Florence, AL 35630
Email: **rodatty1@bellsouth.net**

Done this the 4th day of February 2014.

s/Michael C. Lambert
Michael C. Lambert (LAM025)